IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00569-WDM-KLM

LYNETTE DEARDURFF,

    Plaintiff,

v.

VICTOR L. SCHRAMM, JR., M.D.,
RODERICK G. LAMOND, M.D.,
RICHARD B. GREEN, M.D., and
HCA-HEALTHONE, LLC, d/b/a PRESBYTERIAN/ST. LUKE'S MEDICAL CENTER,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's Unopposed Motion to Reschedule the Scheduling/Planning Conference [Docket No. 16; Filed April 30, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for May 21, 2008 at 1:30 p.m. is **vacated** and **RESET** to **June 23, 2008 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **June 18, 2008.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **June 18, 2008.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

    Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

    Dated: May 8, 2008