IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00569-WDM-KLM

LYNETTE DEARDURFF,

    Plaintiff,

v.

VICTOR L. SCHRAMM, JR., M.D.,
RODERICK G. LAMOND, M.D.,
RICHARD B. GREEN, M.D., and
HCA-HEALTHONE, LLC, d/b/a PRESBYTERIAN/ST. LUKE'S MEDICAL CENTER,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 45; Filed July 11, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: July 14, 2008