# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00569-WDM-KLM

LYNETTE DEARDURFF, guardian and
Conservator of Jefferson Deardurff,
an incapacitated person,

      Plaintiff,

v.

VICTOR L. SCHRAMM, JR., M.D.,
RODERICK G. LAMOND, M.D.,
RICHARD B. GREEN, M.D., and
HCA-HEALTHONE, LLC, d/b/a
PRESBYTERIAN/ST. LUKE'S MEDICAL CENTER,

      Defendants.

## PROTECTIVE ORDER

Based upon the Stipulation of the parties, the Court hereby orders that a Protective Order be entered as follows:

(a) This is a medical malpractice case in which the discovery and use of potentially sensitive medical and private information is necessary. Medical information may be relevant or lead to the discovery of admissible information regarding causation and damages. In an effort to respect all parties' privacy, and reduce the need to assert privileges, the parties agree that such information shall only be used for purposes of this litigation, including use during discovery, expert reviews of the case, depositions, mediation, trial, and post-trial relief and appeal, if applicable. The parties agree to either return or destroy all records of such information at the conclusion of the litigation. Neither party, nor their respective attorney, shall use the information

outside the scope of the litigation, which includes efforts to resolve the case through alternative dispute resolution.

That this Order shall remain in effect during the pendency of this matter.

DATED this _14th_ day of _July_, 2008.

BY THE COURT:

_/s/ Kristen L. Mix_
United States Magistrate Judge Kristen L. Mix

s:\Deardurff\Pldgs\ProtectiveOrder