IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00569-WDM-KLM

LYNETTE DEARDURFF,

    Plaintiff,

v.

VICTOR SCHRAMM, JR., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF HCA-HEALTHONE, LLC ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to HCA-Healthone, LLC, d/b/a Presbyterian/St. Luke's Medical Center only, in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to HCA-Healthone, LLC only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 23, 2008

                                        BY THE COURT:

                                        s/ Walker D. Miller

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL