IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00569-WDM-KLM

LYNNETTE DEARDURFF,

    Plaintiff,

v.

VICTOR L. SCHRAMM, JR., M.D., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL AS TO RICHARD B. GREEN, M.D. ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice as to defendant Richard B. Green, M.D. only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 19, 2008

                                               BY THE COURT:

                                               s/ Walker D. Miller
                                               United States Senior District Judge