IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00569-WDM-KLM

LYNETTE DEARDURFF,

    Plaintiff,

v.

VICTOR L. SCHRAMM, JR., M.D. AND
RODERICK G. LAMOND, M.D.,

    Defendant.

---

**NOTICE OF DISMISSAL OF DEFENDANT VICTOR SCHRAMM, JR., M.D. ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice as to Victor Schramm, Jr., M.D. only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on March 19, 2009.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States Senior District Judge