IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00569-WDM-MJW

LYNETTE DEARDURFF, guardian and Conservator
of Jefferson Deardurff, an incapacitated person,

    Plaintiff(s),

v.

RODERICK G. LAMOND, M.D.,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion to file motion for partial summary judgment is granted, to be filed no later than June 11, 2010.


Dated: May 20, 2010

                                              s/ Jane Trexler, Judicial Assistant