IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00569-WDM-MJW

LYNETTE DEARDURFF, guardian and Conservator
of Jefferson Deardurff, an incapacitated person,

      Plaintiff(s),

v.

RODERICK G. LAMOND, M.D.,

      Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      Counsel having notified chambers that this case has settled, all hearings and deadlines are vacated, and the pending motion (ECF No. 93) is moot.  Counsel are directed to file settlement documents no later than September 15, 2010.

Dated: September 8, 2010

                       s/ Jane Trexler, Judicial Assistant