IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00569-WDM-MJW

LYNETTE DEARDURFF,

    Plaintiff,

v.

RODERICK LAMOND, M.D.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal (ECF No. 99) in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the remaining claims against defendant Roderick G. Lamond, M.D. and this case are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on September 10, 2010.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge